**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

TEVA PHARMACEUTICALS
DEVELOPMENT, INC.,

    Plaintiff,

      v.

AMICUS THERAPEUTICS U.S., INC.

    Defendant.

Civil Action No. 2:21-cv-03105

## RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, the undersigned counsel for Defendant Teva Pharmaceuticals Development Inc., hereby state the following:

1.    Teva Pharmaceuticals Development Inc. is an indirect, wholly-owned subsidiary Teva Pharmaceutical Industries Ltd., which is a publicly traded company.

2.    Teva Pharmaceutical Industries Ltd. is the only publicly traded company that owns 10% or more of Teva Pharmaceuticals Development Inc.

Dated: July 15, 2021

Respectfully submitted,

By:/s/ *Adam S Tolin*
Adam S. Tolin (Bar Number 91424)
atolin@shb.com
**SHOOK, HARDY & BACON L.L.P.**
Two Commerce Square
2001 Market St., Suite 3000
Philadelphia, PA 19103
Tel: 215-278-2555
Fax: 215-278-2594

John D. Garretson
jgarretson@shb.com
Lauren E. Douville
ldouville@shb.com
Lydia C. Raw
lraw@shb.com
**SHOOK, HARDY & BACON L.L.P.**
2555 Grand Blvd.
Kansas City, MO 64108
Tel: 816-474-6550
Fax: 816-421-5547

*Attorneys for Plaintiff*
*Teva Pharmaceuticals Development, Inc.*