Civil Action No. 21-3105

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Siani Pridegen
was received by me on *(date)* _____ .

☑ I personally served the summons on the individual at *(place)* Amicus Therapeutics U.S. Inc. 3675 Market Street on *(date)* 7-15-2021 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*: _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: 7-15-2021

Alan F Dawson
*Server's signature*

Alan L Dawson
*Printed name and title*

1620 Long Fellow Lane, Cherry Hill NJ
*Server's address*

Additional information regarding attempted service, etc: